# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**JAMES MORRIS**                                                                             **PLAINTIFF**

**v.**                                 **CIVIL ACTION NO. 4:21-CV-48-MPM-DAS**

**CLARKSDALE SOCIAL SECURITY OFFICE**
**AND MS. BARBERRY**                                                 **DEFENDANTS**

### CONSOLIDATED WITH

**JAMES MORRIS**                                                     **PLAINTIFF**

**v.**                                **CIVIL ACTION NO. 3:21-CV-100-NBB-DAS**

**COMMISSIONER OF SOCIAL SECURITY**                       **DEFENDANT**

## ORDER DIRECTING REFILING OF
## MOTION TO PROCEED IN FORMA PAUPERIS

Before the court are James Morris's affidavits of poverty requesting he be permitted to "proceed *in forma pauperis* status because he is unable to pay without hardship." Mr. Morris's affidavits were filed in each of the above-referenced cases; however, neither submission utilizes the proper form or contains the information required under 28 U.S.C. § 1915 to enable the court to determine whether Mr. Morris has the financial ability to pay the costs of these proceedings.

Accordingly, it is **ORDERED** that the plaintiff must, no later than June 4, 2021, complete and submit the Application to Proceed in District Court without Prepaying Fees or Costs (Short Form).[1] Failure to comply with this Order will lead to a denial of the application.

---

[1] The Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form) containing all the information necessary for the undersigned to properly consider plaintiff's motion may be accessed at https://www.uscourts.gov/forms/fee-waiver-application-forms/application-proceed-district-court-without-prepaying-fees-or-0.

**SO ORDERED**, this the 18th day of May, 2021.

/s/ David A. Sanders
**UNITED STATES MAGISTRATE JUDGE**